FILED

07/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0051

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 21-0051

STATE OF MONTANA,  )
  )
      Plaintiff/Appellees,  )
  )
vs.  )
  )
MICHAEL BONACORSI,  )
  )
      Defendant/Appellant.  )

**ORDER FOR
ADDITIONAL TIME FOR
FILING OPENING BRIEF**

Upon review of the Defendant/Appellant Fourth Motion for Additional Time for Filing Opening Brief, and good cause therefrom;

It is hereby ORDERED that the Defendant/Appellant shall have an additional thirty (30) days from July 16, 2021, due date to file their Opening Brief. Defendant/Appellant Opening Brief will be due August 16, 2021.

cc: Jami Rebsom
    Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2021